IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MERCK & CIE, SOUTH ALABAMA MEDICAL SCIENCE FOUNDATION AND PAMLAB, L.L.C, | § § § § | CIVIL CASE NO. 6:12-CV-27 LED |
| VS. | § § § | |
| MACOVEN PHARMACEUTICALS, GNOSIS S.P.A., GNOSIS USA, INC., AND GNOSIS BIORESEARCH, S.A. | § § § | JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Deborah Race, enters her appearance in this matter for Defendant Macoven Pharmaceuticals for purposes of receiving notices and orders from the Court.

DATE: February 9, 2012                    Respectfully submitted,

                                BY:  /s/ Deborah Race
                                     Deborah Race
                                     State Bar No. 16448700
                                     IRELAND, CARROLL & KELLEY, P.C.
                                     6101 S. Broadway, Suite 500
                                     Tyler, Texas 75703
                                     Tel: (903) 561-1600
                                     Fax: (903) 581-1071
                                     Email: drace@icklaw.com

                                      ATTORNEYS FOR DEFENDANT
                                     MACOVEN PHARMACEUTICALS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 9, 2012.

/s/ Deborah Race