IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MERCK & CIE, SOUTH ALABAMA MEDICAL SCIENCE FOUNDATION AND PAMLAB, L.L.C, | § § § § | CIVIL CASE NO. 6:12-CV-27 LED |
| VS. | § § | |
| MACOVEN PHARMACEUTICALS, GNOSIS S.P.A., GNOSIS USA, INC., AND GNOSIS BIORESEARCH, S.A. | § § § § | JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Donald W. Washington, enters his appearance in this matter as counsel for Defendant Macoven Pharmaceuticals for all purposes, and for receiving notices and orders from the Court.

        Respectfully submitted:

        s/Donald W. Washington
        Donald W. Washington (Texas Bar 20897167)
        Jones, Walker, Waechter, Poitenvent,
          Carrère & Denègre, L.L.P.
        600 Jefferson Street, Suite 1600
        Post Office Box 3408
        Lafayette, Louisiana 70502
        Phone: (337) 593-7600
        Fax: (337) 593-7601
        Email: dwashington@joneswalker.com

{L0193006.1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 10, 2012.

s/ Donald W. Washington<br>
Donald W. Washington

{L0193006.1}