IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MERCK & CIE, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | C.A. NO. 6:12-cv-27-LED |
| | § | |
| MACOVEN PHARMACEUTICALS, ET AL, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS GNOSIS S.P.A., GNOSIS USA INC. AND GNOSIS BIORESEARCH SA'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND**

The Court has considered the Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint filed by Defendants, Gnosis S.p.A., Gnosis USA Inc. and Gnosis Bioresearch SA, and finds that such motion is well-taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that Defendants Gnosis S.p.A., Gnosis USA Inc. and Gnosis Bioresearch SAøs deadline to answer or otherwise respond to Plaintiff's Complaint is extended to **April 16, 2012**.

**So ORDERED and SIGNED this 14th day of February, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**