**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MERCK & CIE,<br>SOUTH ALABAMA MEDICAL SCIENCE FOUNDATION and<br>PAMLAB L.L.C.**<br><br>                      **Plaintiffs,**<br><br>  -vs.-<br><br>**MACOVEN PHARMACEUTICALS, GNOSIS S.P.A. GNOSIS USA INC. and GNOSIS BIORESEARCH S.A.,**<br><br>                      **Defendants.** | **Civil Action No. 6:12-cv-0027**<br><br>**JURY TRIAL DEMANDED** |

**MERCK & CIE'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Merck & Cie provides this Corporate Disclosure Statement.

1) Merck & Cie is a subsidiary of Merck KGaA.

2) No publicly held corporation other than Merck KGaA currently holds more than 10% of the voting securities of Merck & Cie.

Dated: February 21, 2012        Respectfully submitted,

       */s/ Dwayne C. Norton*
       Dwayne C. Norton (Texas Bar No. 24076139)
       ALSTON & BIRD LLP
       2828 N. Harwood, Suite 1800
       Dallas, TX 75201
       Phone: (214) 922-3400
       Fax: (214) 922-3899
       Email: dwayne.norton@alston.com

       Thomas J. Parker
       Robert E. Hanlon
       Natalie C. Clayton
       ALSTON & BIRD LLP
       90 Park Avenue
       New York, NY 10016
       Phone: (212) 210-9529
       Fax: (212) 210-9444
       Email: thomas.parker@alston.com
       Email: robert.hanlon@alston.com
       Email: natalie.clayton@alston.com

       *Attorneys for Plaintiffs Merck & Cie, Pamlab LLC and South Alabama Medical Science Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 21st day of February, 2012 with a copy of this document via the Court's CM/ECF system.

       */s/ Dwayne C. Norton*
       Dwayne C. Norton