**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MERCK & CIE,<br>SOUTH ALABAMA MEDICAL SCIENCE<br>FOUNDATION and<br>PAMLAB L.L.C.**<br><br>        **Plaintiffs,**<br><br> -vs.-<br><br>**MACOVEN PHARMACEUTICALS, GNOSIS<br>S.P.A. GNOSIS USA INC. and<br>GNOSIS BIORESEARCH S.A.,**<br><br>        **Defendants.** | **Civil Action No. 6:12-cv-0027**<br><br>**JURY TRIAL DEMANDED** |

**PAMLAB, L.L.C.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Pamlab L.L.C. ("Pamlab") hereby states that Pamlab is a wholly-owned subsidiary of Pamlab Inc., a Nevada Corporation. No publicly-held corporation owns 10% or more of Pamlab or Pamlab Inc.

Dated:  February 21, 2012

Respectfully submitted,

*/s/ Dwayne C. Norton*
Dwayne C. Norton (Texas Bar No. 24076139)
ALSTON & BIRD LLP
2828 N. Harwood, Suite 1800
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: dwayne.norton@alston.com

Thomas J. Parker
Robert E. Hanlon
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9529
Fax: (212) 210-9444
Email: thomas.parker@alston.com
Email: robert.hanlon@alston.com
Email: natalie.clayton@alston.com

*Attorneys for Plaintiffs Merck & Cie, Pamlab LLC and South Alabama Medical Science Foundation*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 21st day of February, 2012 with a copy of this document via the Court's CM/ECF system.

*/s/ Dwayne C. Norton*
Dwayne C. Norton