**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MERCK & CIE,<br>SOUTH ALABAMA MEDICAL SCIENCE<br>FOUNDATION and<br>PAMLAB L.L.C.**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>　-vs.-<br><br>**MACOVEN PHARMACEUTICALS, GNOSIS<br>S.P.A. GNOSIS USA INC. and<br>GNOSIS BIORESEARCH S.A.,**<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. 6:12-cv-0027**<br><br>**JURY TRIAL DEMANDED** |

**SOUTH ALABAMA MEDICAL SCIENCE FOUNDATION'S CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff South Alabama Medical Science Foundation provides this Corporate Disclosure Statement.

1) South Alabama Medical Science Foundation has no parent corporation.

2) There is no publicly held corporation that holds more than 10% of its stock.

Dated: February 21, 2012

Respectfully submitted,

*/s/ Dwayne C. Norton*
Dwayne C. Norton (Texas Bar No. 24076139)
ALSTON & BIRD LLP
2828 N. Harwood, Suite 1800
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: dwayne.norton@alston.com

Thomas J. Parker
Robert E. Hanlon
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9529
Fax: (212) 210-9444
Email: thomas.parker@alston.com
Email: robert.hanlon@alston.com
Email: natalie.clayton@alston.com

*Attorneys for Plaintiffs Merck & Cie, Pamlab LLC and South Alabama Medical Science Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 21st day of February, 2012 with a copy of this document via the Court's CM/ECF system.

*/s/ Dwayne C. Norton*
Dwayne C. Norton