UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MERCK & CIE, ET AL. | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO. 6:12-cv-27-LED |
| MACOVEN PHARMACEUTICALS, ET AL. | § § § | JURY TRIAL DEMANDED |
| Defendants. | | |

## MACOVEN PHARMACEUTICALS, L.L.C.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Macoven Pharmaceuticals, L.L.C, incorrectly named in the Complaint as Macoven Pharmaceuticals, provides this Corporate Disclosure Statement.

1) Macoven Pharmaceuticals, L.L.C.'s parent company is Pernix Therapeutics, L.L.C.

2) There is no publicly held corporation that holds more than 10% of its stock.


DATE: March 12, 2012           Respectfully submitted,

                                      By:   /s/  Robert L. Waddell (by permission Donald W. Washington)
Robert L. Waddell, T.A.
*pro hac vice*
Donald W. Washington
State Bar No. 20897167
JONES WALKER
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Tel:  (337) 593-7600
Fax: (337) 593-7601
Email:  dwashington@joneswalker.com

{L0196447.1}

Email: rwaddell@joneswalker.com

and

Deborah Race
State Bar No. 16448700
Otis Carroll
State Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: drace@icklaw.com

ATTORNEYS FOR DEFENDANT,
MACOVEN PHARMACEUTICALS, L.L.C.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 12, 2012.

/s/ Donald W. Washington