UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MERCK & CIE, <br> SOUTH ALABAMA MEDICAL SCIENCE <br> FOUNDATION and PAMLAB L.L.C. <br> <br> Plaintiffs, <br> <br> vs. <br> <br> MACOVEN PHARMACEUTICALS, GNOSIS <br> S.P.A., GNOSIS USA INC., and GNOSIS <br> BIORESEARCH S.A. <br> <br> Defendants. | Civil Action No.: 6:12-CV-27 <br> <br> Jury Trial Demanded |

**CORPORATE DISCLOSURE STATEMENT OF GNOSIS S.PA., GNOSIS BIORESEARCH S.A. AND GNOSIS USA INC.**

In accordance with Fed. R. Civ. P. 7.1, the undersigned counsel for the defendants certifies as follows:

1. The defendant GNOSIS S.P.A. has no corporate parent. No shareholder of the defendant GNOSIS S.P.A. is a publicly held corporation that holds 10% or more of the stock of the defendant GNOSIS S.P.A.

2. The defendant GNOSIS BIORESEARCH S.A. is a wholly-owned subsidiary of the defendant GNOSIS S.P.A.

3. The defendant GNOSIS USA INC. is a wholly-owned subsidiary of the defendant GNOSIS S.P.A.

1

Date: April 16, 2012  /s/ Joseph E. Cwik
Joseph E. Cwik
HUSCH BLACKWELL LLP
120 South Riverside Plaza – 22nd Floor
Chicago, IL   60606
(312) 655-1500
joseph.cwik@huschblackwell.com


J. Thad Heartfield
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
(409) 866-3318
thad@jth-law.com

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants Gnosis SPA, Gnosis USA Inc. and Gnosis Bioresearch S.A. hereby certifies that on April 16, 2012, a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF GNOSIS S.P.A., GNOSIS BIORESEARCH S.A. AND GNOSIS USA INC. was filed with the Court and served electronically by the Court's CM/ECF System to all registered users.

    /s/ Joseph E. Cwik
Attorney for Defendants Gnosis SPA, Gnosis USA Inc. and Gnosis Bioresearch SA