## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **MERCK & CIE, ET AL.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **-vs.-** | § | **C.A. NO. 6:12-cv-27-LED** |
| | § | |
| **MACOVEN PHARMACEUTICALS,** | § | |
| **ET AL.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |
| | § | |

## <u>NOTICE</u>

In accordance with this Court's Standing Order, Plaintiffs Merck & Cie, Pamlab LLC and South Alabama Medical Science Foundation hereby notify the Court that the captioned case is ready for a scheduling conference.  As of May 7, 2012, all defendants have answered and Plaintiffs have responded to all counterclaims.  There are no pending motions to transfer or related cases before the Court.

Dated: May 14, 2012

Respectfully submitted,

By: /s/ Dwayne C. Norton
Dwayne C. Norton
Alston & Bird LLP
2828 North Harwood Street
Suite 1800
Dallas, Texas 75201-2139
Phone: 214-922-3437
Fax: 214-922-3847
dwayne.norton@alston.com

Thomas J. Parker
Robert E. Hanlon
Natalie C. Clayton

Alston & Bird LLP
90 Park Avenue
New York, New York 10016
Tel: 212-210-9400
Fax: 212-210-9444
thomas.parker@alston.com
robert.hanlon@alston.com
natalie.clayton@alston.com

*Attorneys for Plaintiffs Merck & Cie, Pamlab LLC and South Alabama Medical Science Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 14, 2012.

*/s/ Dwayne C. Norton*
Dwayne C. Norton

- 2 -