**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MERCK & CIE,**<br>**SOUTH ALABAMA MEDICAL SCIENCE**<br>**FOUNDATION and PAMLAB L.L.C.**<br><br>      **Plaintiffs,**<br><br>   **vs.-**<br><br>**MACOVEN PHARMACEUTICALS, GNOSIS S.P.A.**<br>**GNOSIS USA INC. and**<br>**GNOSIS BIORESEARCH S.A.,**<br><br>      **Defendants.** | **Civil Action No. 6:12-cv-27**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Pursuant to the Local Rules and the Scheduling Order dated June 13, 2012, Plaintiffs Merck & CIE, South Alabama Medical Science Foundation and PamLab LLC hereby file this notice confirming that they have complied with the requirements of P.R 3-1and P.R.3-2 on August 10, 2012.

Dated:  August 10, 2012

Respectfully submitted,

*/s/ Dwayne C. Norton*
Dwayne C. Norton (Texas Bar No. 24076139)
ALSTON & BIRD LLP
2828 N. Harwood, Suite 1800
Dallas, TX 75201
Phone:      (214) 922-3400
Fax:         (214) 922-3899
Email:       dwayne.norton@alston.com

Thomas J. Parker
Robert E. Hanlon
Natalie C. Clayton
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone:      (212) 210-9529
Fax:         (212) 210-9444
Email:       thomas.parker@alston.com
Email:       robert.hanlon@alston.com
Email:       natalie.clayton@alston.com

*Attorneys for Plaintiffs Merck & Cie, Pamlab LLC and
South Alabama Medical Science Foundation*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 17th day of February with a copy of this document via the Court's CM/ECF system.

                        */s/ Dwayne C. Norton*
                        Dwayne C. Norton