# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **MERCK & CIE,** <br> **SOUTH ALABAMA MEDICAL SCIENCE** <br> **FOUNDATION and** <br> **PAMLAB L.L.C.** <br><br>             **Plaintiffs,** <br><br>    -vs.- <br><br> **MACOVEN PHARMACEUTICALS, GNOSIS** <br> **S.P.A. GNOSIS USA INC. and** <br> **GNOSIS BIORESEARCH S.A.,** <br><br>             **Defendants.** | **Civil Action No. 6:12-cv-0027** <br><br> **JURY TRIAL DEMANDED** |

**JOINT SUBMISSION PURSUANT TO AUGUST 9, 2012 SCHEDULING ORDER**

In accordance with the Court's August 9, 2012 Scheduling Order, Plaintiffs Merck & Cie, South Alabama Medical Science Foundation and Pamlab L.L.C. (Plaintiffs) and Defendants Macoven Pharmaceuticals, Gnosis S.P.A., Gnosis USA Inc., and Gnosis Bioresearch S.A. (Defendants) jointly submit and request that the Court enter the following: (i) Proposed Docket Control Order (Exhibit A); (ii) Proposed Discovery Order (Exhibit B); and (iii) Proposed Order Regarding E-discovery (Exhibit C).

Further, the parties jointly propose James Knowles as an agreed mediator in this case.

The parties are currently engaged in negotiations to finalize the terms of an agreed protective order and thus request an extension up to and including September 14, 2012 to file an agreed, proposed protective order (motion and proposed order filed concurrently

2

herewith).  The parties do not believe that a status conference is necessary at this time.

Dated:  September 5, 2012  Respectfully submitted,

*/s/ Dwayne C. Norton*
Dwayne C. Norton (Texas Bar No. 24076139)
ALSTON & BIRD LLP
2828 N. Harwood, Suite 1800
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
Email: dwayne.norton@alston.com

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Tx 75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

*Attorneys for Plaintiffs Merck & Cie, Pamlab LLC and South Alabama Medical Science Foundation*

*/s/ Robert L Waddell (with permission)*
Robert L. Waddell
Donald W. Washington
JONES WALKER
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Tel: (337) 593-7600
Fax: (337) 593-7601
Email: rwaddell@joneswalker.com
         dwashington@joneswalker.com

*Attorneys for Macoven Pharmaceuticals, L.L.C.*

*/s/ Jospeh E. Cwik (with permission)*
Joseph E. Cwik
HUSCH BLACKWELL LLP
120 S. Riverside Plaza

          Suite 2200
          Chicago IL 60606
          Phone: (312) 655-1500
          Fax: (312) 655-1501
          Email:  joseph.cwik@huschblackwell.com

*Attorneys for Gnosis, S.p.A., Gnosis USA Inc., and Gnosis Bioresearch S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 5th day of September, 2012 with a copy of this document via the Court's CM/ECF system.

          */s/ Dwayne C. Norton*
          Dwayne C. Norton