IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MERCK & CIE, ET AL.** | § § § | |
| Plaintiffs | § § | |
| vs. | § § | CASE NO. 6:12cv27 |
| | § | PATENT CASE |
| **MACOVEN PHARMACEUTICALS, ET AL.** | § § § | |
| Defendants | § § | |

ORDER

Came on for consideration the Joint Motion for Extension of Time to Submit Protective Order (Doc. #30), and the Court finds that said motion is without merit and it should be denied. Accordingly, it is

ORDERED that the Joint Motion is denied.

**So ORDERED and SIGNED this 6th day of September, 2012.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE