IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE: 9/7/12

| JUDGE<br>JOHN LOVE | REPORTER: Mechele Morris<br>LAW CLERK: Anna Phillips |
|---|---|
| MERCK & CIE, ET AL<br>Plaintiff | CIVIL ACTION NO: 6:12CV27 |
| vs. | STATUS CONFERENCE |
| MACOVEN PHARMACEUTICALS, ET AL<br>Defendant | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Deron Dacus | Thad Heartfield<br>Deborah Race |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:29 am          **ADJOURN:** 9:32 am

| TIME: | MINUTES: |
|---|---|
| 9:29 am | Case called. The parties announced ready to proceed. |
| | The Court greeted the parties and stated we are here for a status conference. As the parties know, the intent of these hearings are to establish the documents in this case. There was an inability today to reach an agreement on a Protective Order as of yesterday. |
| | The parties stated they have now reached an agreement and the Protective Order was filed this morning. |
| | The Court stated that he will enter the Protective Order, Docket Control Order, ESI Order and Discovery Order. He appreciates the parties getting these in. |
| 9:32 am | There being nothing further, Court is adjourned. |
| | |
| | |
| | |
| | |

DAVID J. MALAND, CLERK

BY: *Mechele Morris*, Courtroom Deputy