**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **MERCK & CIE,**<br>**SOUTH ALABAMA MEDICAL SCIENCE**<br>**FOUNDATION and**<br>**PAMLAB L.L.C.**<br><br><br><br>**Plaintiffs,**<br><br>-vs.-<br><br>**MACOVEN PHARMACEUTICALS, GNOSIS**<br>**S.P.A. GNOSIS USA INC. and**<br>**GNOSIS BIORESEARCH S.A.,**<br><br><br>**Defendants.** | **Civil Action No. 6:12-cv-0027**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' NOTICE OF NON-OBJECTION TO DEFENDANTS' REQUEST**
**FOR STAY PURSUANT TO 28 U.S.C. § 1659 AND RESERVATION OF RIGHTS**

Plaintiffs Merck & Cie, South Alabama Medical Science Foundation and Pamlab

L.L.C. ("Plaintiffs") do not oppose the stay sought by Defendants Macoven

Pharmaceuticals, L.L.C., Gnosis S.p.A., Gnosis Bioresearch S.A., and Gnosis U.S.A. Inc.

("Defendants") in their Motion to Stay (Dkt. No. 39).  By agreeing to this stay, however,

Plaintiffs are not waiving any of the claims currently asserted against Defendants and

indeed reserve all rights to proceed and pursue any and all claims asserted against

Defendants in this litigation upon the completion and/or termination of the proceedings

before the International Trade Commission.

Dated:  September 18, 2012

Respectfully submitted,

*/s/ Dwayne C. Norton*
Dwayne C. Norton (Texas Bar No. 24076139)
ALSTON & BIRD LLP
2828 N. Harwood, Suite 1800
Dallas, TX 75201
Phone:      (214) 922-3400
Fax:          (214) 922-3899
Email:       dwayne.norton@alston.com

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Tx 75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

*Attorneys for Plaintiffs Merck & Cie, Pamlab*
*LLC and South Alabama Medical Science*
*Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 18th day of September, 2012 with a copy of this document via the Court's CM/ECF system.

*/s/ Dwayne C. Norton*
Dwayne C. Norton