UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MERCK & CIE, ET AL. | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO. 6:12-cv-27-LED |
| MACOVEN PHARMACEUTICALS, ET AL. | § § § § | JURY TRIAL DEMANDED |
| Defendants. | | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY DISTRICT COURT ACTION PURSUANT TO 28 U.S.C. § 1659 AND COURT'S INHERENT AUTHORITY

The court has considered the Unopposed Motion to Stay District Court Action Pursuant to 28 U.S.C. § 1659 and Court's Inherent Authority filed by Defendants Macoven Pharmaceuticals, L.L.C., Gnosis S.p.A., Gnosis Bioresearch S.A., and Gnosis U.S.A. Inc., and finds that such motion is well-taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that this action be stayed until the determination in ITC Investigation No. 337-TA-2912 becomes final. The Clerk of the Court is directed to administratively close this case.

**So ORDERED and SIGNED this 19th day of September, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{L0219092.1}